In the United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| Stephanie Taylor,<br><br>    *Plaintiff*,<br><br>v.<br><br>The Cheesecake Factory,<br><br>    *Defendant*. | Civil Action No. 1:23-cv-1200 |

## Defendant's Notice of Removal

### I. Introduction

1. This lawsuit involves an alleged slip-and-fall incident at the Culinary Dropout restaurant in Austin, Texas.

2. On August 21, 2021, Stephanie Taylor ("Plaintiff") filed suit against The Cheesecake Factory Incorporated ("Defendant"), improperly named as "The Cheesecake Factory," in the 455th Judicial District Court of Travis County, Texas. *See generally* Pl.'s Orig. Pet.

3. As shown below, (a) there is complete diversity of citizenship between the parties and (b) the amount in controversy exceeds $75,000, exclusive of interest and costs. Therefore, Defendant exercises its right to remove this case to federal court.

### II. The Parties

4. Plaintiff is an individual domiciled in Texas. *See id.* ¶ 2. Upon information and believe, she is a citizen of Texas for purposes of diversity jurisdiction.

5. Defendant is a Delaware corporation with its principal place of business in California. Therefore, Defendant is a citizen of Delaware and California for purposes of diversity jurisdiction.

### III. Basis for Removal

6. There is complete diversity of citizenship between the parties. As detailed above, Plaintiff is a citizen of Texas and Defendant is a citizen of Delaware and California.

7. The amount-in-controversy requirement is satisfied by Plaintiff's Original Petition. Plaintiff has expressly pleaded for over $1 million in damages. *See id.* ¶ 5.

8. This removal is timely because it is filed within 30 days of Defendant being served with Plaintiff's Original Petition, and within one year of the commencement of this action.

9. Venue is proper under 28 U.S.C. § 1441(a) because the state court where the action has been pending is located in this District and Division.

### IV. Attachments and Notice to State Court

10. All documents required under the removal statute and the Court's local rules are attached. Defendant will promptly file a copy of this Notice of Removal and its attachments with the clerk of the state court.

Respectfully submitted,

**McGlinchey Stafford PLLC**

By: /s/ Tarush R. Anand
Tarush R. Anand
Texas Bar No. 24055103
tanand@mcglinchey.com
1001 McKinney, Suite 1500
Houston, Texas 77002
Phone: (713) 520-1900
Fax: (713) 520-1025

**Attorney for Defendant**
**The Cheesecake Factory Incorporated**

## Certificate of Service

    I certify that a true and correct copy of this document, together with any exhibits or attachments, is being served on all parties on October 4, 2023, in accordance with the Federal Rules of Civil Procedure.

/s/ Tarush R. Anand
Tarush R. Anand