In the United States District Court
Western District of Texas
Austin Division

Stephanie Taylor,

    *Plaintiff*,

v.

The Cheesecake Factory,

    *Defendant*.

Civil Action No. 1:23-cv-01200-DAE

### Order of Dismissal with Prejudice

1. Per the parties' stipulation, the Court hereby dismisses this case with prejudice.

2. All claims that Plaintiff Stephanie Taylor has brought or could have brought in this lawsuit are dismissed with prejudice.

3. Plaintiff shall take nothing against Defendant The Cheesecake Factory Incorporated.

4. Each side will bear their own costs.

5. This is a final order that disposes of all claims and parties.

Signed on _____April 1\_, 2025.

_____
The Honorable David Alan Ezra
Senior United States District Judge